THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James T.
 Williams, Appellant.
 
 
 

Appeal From Spartanburg County
D. Garrison Hill, Circuit Court Judge
Unpublished Opinion No. 2007-UP-428
Submitted October 1, 2007  Filed October
 9, 2007    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant, James T. Williams, was indicted for and
 convicted of the possession with intent to distribute heroin, possession with
 intent to distribute heroin within one-half mile of a school, possession with
 intent to distribute crack cocaine, possession with intent to distribute crack
 cocaine within one-half mile of a school, and possession of cocaine.  The trial
 judge sentenced Williams to fifteen years for PWID heroin, five years
 concurrent for PWID heroin within one-half mile of a school, three years
 consecutive for PWID crack cocaine, ten years concurrent for PWID crack cocaine
 within one-half mile of a school, and five years concurrent for possession of
 cocaine.  Williams counsel
 attached to the brief a petition to be relieved as counsel, stating that she
 had reviewed the record and concluded this appeal lacks merit.  Williams filed
 a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.